IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA RAMSEY | § | |
| | § | |
| VS. | § | ACTION NO. 4:15-CV-455-Y |
| | § | |
| CUSTER PROPERTIES, LLC | § | |

<u>FINAL JUDGMENT</u>

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling.  All costs of Court under 28 U.S.C. § 1920 shall be borne, as agreed by the parties, by the party incurring same.

SIGNED February 23, 2017.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE